UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br><br>FREDRIK ABULYAN (deceased) and<br>KARINE GHADYAN,<br><br>    Debtors,<br><br>---<br><br>COLBY IRISH,<br><br>    Appellant,<br>  v.<br><br>KARINE GHADYAN, individually and as sole owner of Bridal Elegance, LLC,<br><br>    Appellee. | Case No. 2:18-cv-01910-RFB<br><br>**ORDER** |

    The Bankruptcy Appellate Panel referred this matter to the Court for the limited purpose of ruling on Colby Irish's Motion for Permission to Appeal *In Forma Pauperis*. [ECF No. 2] A Court may permit a person to proceed *in forma pauperis* under 28 U.S.C. § 1915 if the party "submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). The affidavit must "state the nature of the … appeal and the affiant's belief that the person is entitled to redress." Id. After reviewing Ms. Irish's motion and the associated notice of appeal, the Court finds Irish satisfies the requirements of 28 U.S.C. § 1915.

    **IT IS THEREFORE ORDERED** that Colby Irish's Motion for Permission to Appeal *In Forma Pauperis* [ECF No. 2] is **GRANTED**. The Court instructs Irish to notify the Bankruptcy Appellate Panel of the Court's ruling. The Clerk of Court is also instructed to convey this Order to the Bankruptcy Appellate Panel.

1 | As the sole issue before this Court has been resolved, the Clerk of Court is instructed to
2 | close this case.

DATED this 8th day of November 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**